INTERNATIONAL FASTENER COMPANY, Respondent, v. FRANCIS MANUFACTURING COMPANY, Appellant.

(Submitted November 26, 1923; decided December 4, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 673.)

---

In the Matter of the Claim of NELLIE O. HITT, Respondent, against LEHIGH VALLEY RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

*Appeal — reversal by Appellate Division of decision of state industrial board and remission of claim to said board — appeal therefrom without permission dismissed.*

*Hitt v. Lehigh Valley R. R. Co.*, 206 App. Div. 641, appeal dismissed. (Argued November 21, 1923; decided December 5, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1923, reversing a decision of the state industrial board and remitting the claim to said board.

*H. D. Noble, Jr.*, for appellant.
*Edmund B. Jenks* and *J. Carver Glezen* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.